**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.    15-cr-00194-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RUBEN VASQUEZ-CORDOVA,

      Defendant.

---

## ORDER FOR TIME SERVED

---

PURSUANT to and in accordance with the Sentencing hearing held before the

Honorable R. Brooke Jackson, United States District Judge, on June 16, 2015, it is hereby

ORDERED that Defendant Ruben Vasquez-Cordova is sentenced to **TIME SERVED.**

Dated:   June 16, 2015.

                        BY THE COURT:

                        /s/   R. Brooke Jackson
                        R. BROOKE JACKSON,
                        UNITED STATES DISTRICT JUDGE